**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ANTHONY D. AMAKER,**

                         **Plaintiff,**

                          v.                                        **9:01-CV-877**
                                                              **(FJS/DEP)**

**T. KELLEY, J. LANDRY, P. T. JUSTINE,**
**O. MAYO, T. G. EGAN, D. A. SENKOWSKI,**
**M. ALLARD, R. GIRDICH, G. S. GOORD,**
**J. WOOD, DR. I. ELLEN, J. MITCHELL,**
**H. WORLEY, DR. L. N. WRIGHT, S. NYE,**
**M. MCKINNON, R. RIVERS, L. CORYER,**
**A. PAVONE, L. CAYEA, D. ARMITAGE,**
**J. CAREY, P. W. ANNETTS, R. RIVERA,**
**E. AIKEN, S. GIDEON, R. LINCOLN,**
**D. LINSLEY, C. O. GORDON, J. REYELL,**
**D. CHAMPAGNE, J. KELSH, W. CARTER,**
**F. BUSHEY, CHO PHILLIP, CHO DROM,**
**A. J. ANNUCCI, L. J. LECLAIR, D. LACLAIR,**
**T. L. RICKS, A. BOUCAUD, H. PERRY,**
**B. BANILER, R. LAMORA, E. LIBERTY,**
**G. RONSOM, R. MAYNARD, C. DAGGETT,**
**D. SELSKY, K. M. LAPP, R. SEARS,**
**J. BABBIE, SGT. CHAMPAGNE, DOCTOR**
**K. LEE, R. VAUGHAN, and M. NISOFF,**

                         **Defendants.**
_____

**APPEARANCES**                                       **OF COUNSEL**

**ANTHONY D. AMAKER**
**89-T-2815**
Wende Correctional Facility
3622 Wende Road
P.O. Box 1187
Alden, New York 14004-1187
Plaintiff _pro se_

| | |
|---|---|
| **OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL** <br> Department of Law <br> The Capitol <br> Albany, New York 12224 | **JEFFREY P. MANS, AAG** |

**SCULLIN, Senior Judge**

# ORDER

On May 19, 2006, Defendants' counsel filed a Suggestion of Death with respect to Defendant Mayo. *See* Dkt. No. 195. In response, Plaintiff filed a cross-motion for substitution, seeking the name of Defendant Mayo's legal representative. *See* Dkt. No. 203. On December 20, 2006, this Court denied Plaintiff's cross-motion for substitution without prejudice to renew upon identification of Defendant Mayo's representative and granted Plaintiff additional time, until January 29, 2007, to file a renewed motion for substitution. *See* Dkt. No. 218. In addition, the Court instructed the New York State Attorney General's Office to "promptly disclose to Plaintiff and to the Court any information it has, or hereafter acquires, regarding the identify of Defendant Mayo's legal representative." *See id.* at 7. Thereafter, on December 29, 2006, the New York State Attorney General's Office filed a letter, advising Plaintiff and the Court that it "d[id] not have any information regarding the identity of the legal representative or successor to be substituted for . . . [D]efendant Mayo." *See* Dkt. No. 219.

Although the Court provided him with an extension of time in which to do so, Plaintiff has not renewed his motion for substitution. Therefore, the Court hereby

**ORDERS** that Defendant O. Mayo is **DISMISSED** as a Defendant in this action; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: June 6, 2007
       Syracuse, New York

                                          Frederick J. Scullin, Jr.
                                          Senior United States District Court Judge